**People of the State of Illinois, Plaintiff-Appellee, v. Edward A. Smith, Defendant-Appellant.**

**Gen. No. 49,768.** 

First District, Second Division.

December 4, 1964.

R. Eugene Pincham and Charles B. Evins, of Chicago, for appellant; William G. Clark, Attorney

General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach and E. Michael O'Brien, Assistant Attorneys General, Elmer C. Kissane and William J. Martin, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.